RECEIVED IN CLERK'S OFFICE
NOV - 9 2011
U.S. DISTRICT COURT
MID. DIST. TENN.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

TAWNJA DAVIS, as next of kin of )
WILLIAM R. RUNNELS, )
)
    Plaintiff, )
)
v. ) No. 11-82
)
JAMES FORTNER, et al., )
)
    Defendants. )

## MOTION FOR EXTENSION OF TIME

Defendant MACK TOLE respectfully requests an additional forty-five (45) days up to and including December 22, 2011, in which to reply to the complaint filed in this case. The additional time is necessary to obtain counsel, further investigate the allegations contained in the complaint, obtain information from the appropriate individuals, and prepare responsive pleadings for submission to the court.

Respectfully submitted,

*signature*

MACK TOLE
Turney Center Industrial Prison
1499 R.W. Moore Hwy.
Only, TN 37140

## CERTIFICATE OF SERVICE

    I hereby certify that a true and exact copy of the foregoing was served by U.S. Mail, postage pre-paid, upon

Richard Marshall Brooks
130 Third Avenue, W.
Carthage, TN 37030

on this the __3rd__ day of __November__, 2011.

*signature*

MACK TOLE

Sworn to and Subscribed before me this 3rd Day of November 2011

*signature* Donna M. Baldwin



My Commission Expires August 26, 2014