RECEIVED
IN CLERK'S OFFICE
NOV - 9 2011
U.S. DISTRICT COURT
MID. DIST. TENN.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TAWNJA DAVIS, as next of kin of WILLIAM R. RUNNELS, <br><br> Plaintiff, <br><br> v. <br><br> JAMES FORTNER, et al., <br><br> Defendants. | No. 11-82 |

## MOTION FOR EXTENSION OF TIME

Defendant RYAN WEAVER respectfully requests an additional forty-five (45) days up to and including December 22, 2011, in which to reply to the complaint filed in this case. The additional time is necessary to obtain counsel, further investigate the allegations contained in the complaint, obtain information from the appropriate individuals, and prepare responsive pleadings for submission to the court.

Respectfully submitted,

_____
RYAN WEAVER
Turney Center Industrial Prison
1499 R.W. Moore Hwy.
Only, TN 37140

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing was served by U.S. Mail, postage pre-paid, upon

Richard Marshall Brooks
130 Third Avenue, W.
Carthage, TN 37030

on this the __7__ day of __November__, 2011.

_____
RYAN WEAVER