IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| TAWNJA CAROL DAVIS, ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | Case No. 1:11-0082 |
| ) | Chief Judge Haynes |
| JAMES FORTNER, et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Before the Court is the parties' joint motion to extend the deadlines (Docket Entry No. 47) that is **GRANTED** and the deadlines **ADOPTED**. Trial in this action is set for **Tuesday, June 17, 2014 at 9:00 a.m in Columbia, Tennessee.** If the parties settle, parties are to notify the Court by **noon, Friday, June 13, 2014.** The final pretrial conference is set for **Monday, June 2, 2014 at 3:00 p.m in Columbia, Tennessee.**

It is so **ORDERED**.

**ENTERED** this the ___ day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court