## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

TAWNJA CAROL DAVIS,                    )
                                       )
    Plaintiff,      )
                                       )
v.                                     )     Case No.  1:11-cv-00082
                                       )     Chief Judge Haynes
JAMES FORTNER, et al.,                 )
                                       )
    Defendants.     )

## O R D E R

A status conference is set in this action for **Tuesday, June 24, 2014 at 4:00 p.m.** at the

**United States Courthouse in Nashville, Tennessee.**

It is so **ORDERED**.

**ENTERED** this the _20_ day of June, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge